| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Walter, Donald E. | 2. Court or Organization<br><br>U.S. Dist Ct; Western Dist LA | 3. Date of Report<br><br>07/31/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>300 Fannin Street, Suite 4200<br>Shreveport, Louisiana 71101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 AUG 17 A 10: 47 RECEIVED FINANCIAL DISCLOSURE OFFICE

Walter, Donald E

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 08/11/2008 | Executor Fees from ▮▮▮▮▮▮ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/31/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bancorp South | personal line of credit | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/31/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See attached description - timber farm rent | D | Rent | N | Q | Sold (part) Throughout 2008 | | J | D | |
| 2. Jefferson Davis Bank & Trust Account | A | Interest | K | T | | | | | |
| 3. See attached description | C | Royalty | J | V | | | | | |
| 4. Jefferson Davis Bank Common Stock | E | Dividend | N | T | | | | | |
| 5. See attached description | B | Rent | | | Sold | 10/15 | L | F | |
| 6. Pierremont Oaks Tennis Club | | None | J | T | | | | | |
| 7. Left intentionally blank | | None | | | | | | | |
| 8. Left intentionally blank | | None | | | | | | | |
| 9. Left intentionally blank | | None | | | | | | | |
| 10. Left intentionally blank | | None | | | | | | | |
| 11. Left intentionally blank | | None | | | | | | | |
| 12. Jefferson Davis Bank & Trust Common Stock | E | Dividend | P1 | T | | | | | |
| 13. Left intentionally blank | | None | | | | | | | |
| 14. Other assets | | None | | | | | | | |
| 15. Left intentionally blank | | None | | | | | | | |
| 16. Left intentionally blank | | None | | | | | | | |
| 17. See attached description | D | Royalty | K | V | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. See attached description | C | Royalty | J | V | | | | | |
| 19. Coastal Club Common Stock | | None | L | T | | | | | |
| 20. Left intentionally blank | | None | | | | | | | |
| 21. Left intentionally blank | | None | | | | | | | |
| 22. Note: Valuation Code V-asset value on 36mth gross prod | | None | | - | | | | | |
| 23. Other assets | | None | | | | | | | |
| 24. Exxon Mobil Common Stock | A | Dividend | K | T | | | | | |
| 25. Left intentionally blank | | None | | | | | | | |
| 26. Left intentionally blank | | None | | | | | | | |
| 27. Intel Corp Common Stock | A | Dividend | | · | Sold | 12/19 | J | A | |
| 28. Oracle Corp Common Stock | | None | K | T | | | | | |
| 29. Left intentionally blank | | None | | | | | | | |
| 30. Bancorp South Account | A | Interest | J | T | | | | | |
| 31. Left intentionally blank | | None | | | | | | | |
| 32. Verizon CommuniCo Common Stock | A | Dividend | J | T | | | | | |
| 33. Left intentionally blank | | None | | | | | | | |
| 34. Pfizer Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Left intentionally blank | | None | | | | | | | |
| 36. Merrill Lynch Banking | A | Dividend | K | T | Transfers throughout year to ML Bank Deposit Program | | | | |
| 37. Left intentionally blank | | None | | | | | | | |
| 38. Left intentionally blank | | None | | | | | | | |
| 39. Left intentionally blank | | None | | | | | | | |
| 40. Left intentionally blank | | None | | | | | | | |
| 41. Left intentionally blank | | None | | | | | | | |
| 42. GE Common Stock | A | Dividend | J | T | Buy (add'l) | 01/30 | J | | |
| 43. Left intentionally blank | | None | | | | | | | |
| 44. Left intentionally blank | | None | | | | | | | |
| 45. Left intentionally blank | | None | | | | | | | |
| 46. Left intentionally blank | | None | | | | | | | |
| 47. Left intentionally blank | | None | | | | | | | |
| 48. Other Assets-Blackrock Global Smallcap Fund Cl A & B | B | Dividend | K | T | Buy (add'l) part sold | 02/04 12/19 | J J | A | add'l purchases & sales throughout year |
| 49. IDEARC Common Stock | A | Dividend | J | T | | | | | |
| 50. Left intentionally blank | | None | | | | | | | |
| 51. Duke Energy Corp | | None | | | Sold | 01/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | I =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/31/2009 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Charles Schwab & Co., Inc.-money market | A | Interest | J | T | transfers throughout year to C.S | | J | Deposit Program | |
| 53. Ford Motor Company | | None | | | Sold | 01/15 | J | A | Prior year report in should have been partial sale |
| 54. Rayonier Inc. | | None | | | Sold | 01/11 | J | A | |
| 55. Rayonier Inc. | | None | | | Sold | 01/14 | J | A | |
| 56. Ford Motor Company | | None | | | Sold | 01/15 | J | A | |
| 57. Left intentionally blank | | None | | | | | | | |
| 58. Left intentionally blank | | None | | | | | | | |
| 59. Hartford Capital Appr A | A | Dividend | | | Buy (add'l) sold | 02/04 12/22 | J J | A | add'l purchases & sells during the year |
| 60. Leave intentionally blank | | None | | | | | | | |
| 61. Blackrock Global Alloc I | A | Dividend | | | Buy (add'l) sold | 03/19 12/22 | J J | A | add'l purchases & sells during the year |
| 62. Left intentionally blank | | None | | | | | | | |
| 63. American Centy Equity Inc. | A | Dividend | J | T | Buy (add'l) sold | 10/30 12/19 | J J | A | |
| 64. Left intentionally blank | | None | | | | | | | |
| 65. Left intentionally blank | | None | | | | | | | |
| 66. MFS Value Fd Cl A | A | Dividend | | | Buy (add'l) sold | 03/19 12/22 | J J | A | |
| 67. JP Morgan Fleming Intrepid European Cl A | A | Dividend | | | Sold Part.Sold | 03/19 02/04 | J J | A A | |
| 68. Loomis Sayles Invt Grade Bd Fd | A | Dividend | | | Buy sold | 06/21 03/19 | J J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. MFS Research Intl Fund Class A | A | Dividend | | | Buy (add'l) sold | 02/04 08/05 | J J | A | add'l sales during the year |
| 70. Phoenix Multi Sector | A | Dividend | | | Buy sold sold | 01/29 02/04 03/19 | J J | A A | |
| 71. Templeton Growth Fd Inc. Class A | A | Dividend | | | Sold | 01/07 | J | A | |
| 72. Blackrock Equity Dividend Fund Instl | A | Dividend | | | Buy (add'l) sold | 03/19 10/30 | J J | A | |
| 73. Loomis Sayles Global | | None | | | Buy (add'l) sold | 02/04 03/19 | J J | A | |
| 74. MFS Sector Rotational | | None | | | Buy (add'l) sold | 02/04 12/22 | J J | A | add'l purchases durin the year |
| 75. Merrill Lynch CMA Money Funds | B | Dividend | K | T | transfers throughout the year to ML Bank Deposit Program | | | | |
| 76. See Attached Description | A | Royalty | J | V | | | | | |
| 77. See Attached Description | F | Royalty | M | V | | | | | |
| 78. Bank of America | | None | | | Buy sold | 01/11 02/05 | J J | A | |
| 79. Abott Laboratories | A | Dividend | J | T | Buy | 01/29 | J | | |
| 80. Intel Corp | A | Dividend | | | Buy sold | 02/04 09/30 | J J | A | |
| 81. Proctor & Gamble | A | Dividend | J | T | Buy | 02/14 | J | | |
| 82. Bancorp South Inc | | None | J | T | Buy | 10/02 | J | | |
| 83. Ford Motor Company | | None | | | Buy sold | 10/03 12/18 | J J | A | |
| 84. General Electric | | None | J | T | Buy | 10/23 | J | | |
| 85. Ford Motor Company | | None | | | Buy (add'l) sold | 10/09 12/18 | J J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pfizer Incorporated | | None | J | T | Buy | 11/13 | J | | |
| 87. American Century Tax | A | Dividend | | | Buy / sold | 03/18 / 12/22 | J / J | A | add'l purchases & se during the year |
| 88. Blackrock National | A | Dividend | | | Buy / sold | 03/18 / 08/25 | J / J | A | |
| 89. MFS International Diversification | | None | | | Buy / sold | 08/05 / 12/22 | J / J | A | add'l purchases during the year |
| 90. Phoenix Diversifier | | None | | | Buy / Add'l | 08/05 / 08/27 | J / J | | |
| 91. MFS Municipal Limited | A | Dividend | | | Buy / Add'l | 08/27 / 08/27 | J / J | | |
| 92. Blackrock Short-term Municipal | A | Dividend | | | Buy / sold | 08/27 / 12/22 | J / J | A | |
| 93. Fairpoint Communications | A | Dividend | J | T | stock div. rec'd | 04/04 | J | | stock div paid by Verizon |
| 94. Merill Lynch & Co Inc. | A | Dividend | | | Buy / sold | 08/01 / 09/19 | K / K | C | |
| 95. Alcon Inc | | None | | | Buy / sold | 10/03 / 12/19 | K / J | A | |
| 96. Bank of America | A | Dividend | | | Buy / sold | 10/03 / 12/19 | J / J | A | |
| 97. Baxter Interntl Inc. | | None | J | T | Buy | 10/03 | J | | |
| 98. Coca Cola Corn | A | Dividend | J | T | Buy | 10/03 | J | | |
| 99. Disney (Walt) Co Corn | | None | J | T | Buy | 10/03 | J | | |
| 100. Goldman Sachs Group Inc | A | Dividend | J | T | Buy | 10/03 | J | | |
| 101. General Mills | A | Dividend | J | T | Buy | 10/03 | J | | |
| 102. Lincoln Ntl Corp | A | Dividend | | | Buy / sold | 10/03 / 12/19 | J / J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/31/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. McDonalds Corp | A | Dividend | J | T | Buy | 10/03 | J | | |
| 104. Prudential Financial Inc | A | Dividend | | | Buy | 10/03 | J | | |
| | | | | | sold | 12/19 | J | A | |
| 105. Proctor & Gamble Co | A | Dividend | J | T | Buy | 10/03 | J | | |
| 106. General Electric | | None | J | T | Buy (add'l) | 10/23 | J | | |
| 107. Virtus Altrnves Divers A | | None | | | Buy | 08/04 | J | | |
| 108. The New Century, LLC(X) | | None | J | V | | | | | |
| 109. Morgan Keegan Cash Acct(X) | | None | J | T | | | | | |
| 110. Interest in Niblett Irrigation Inc.(X) | | None | J | V | | | | | |
| 111. Richard Skipper Note(X) | | None | J | V | | | | | |
| 112. Jefferson Davis Bank Account(X) | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 07/31/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

#1, Appraisal taken as of October 15, 2008.

#3, Valutaion based on 3 times the current year income.

#17, Valuation based on 3 times the current year income.

#18, Valuation based on 3 times the current year income.

#36, Merrill Lynch Banking-transfers throughout the year to ML Bank Deposit Program.

#76, Valuation based on 3 times the current year income.

#77, Valuation based on 3 times the current year income.

#108, Value used in sucession of mother.

#110, Value used in sucession of mother.

#111, Value used in sucession of mother.

#1,5 & 12, Additional interest was inherited during the year.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Walter, Donald E. | 07/31/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

ATTACHMENT TO FINANCIAL DISCLOSURE REPORT

OF DONALD E. WALTER

JULY 31, 2008

Part VII – Investments and Trusts

Description of #1
Undeveloped land outside of Waynesboro, Wayne County, Mississippi, and Louisiana farmlands located in Jefferson Parish, Louisiana.

Description of #3
Working interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc.

Description #5
An undivided interest in real estate located in Jennings, Louisiana.

Description #17
Royalty interest in Jeff Davis and Vermillion Parishes, Louisiana – Production income paid by Hillcorp Energy.

Description #18
Working interest – Alabama Ferry Units in Leon, Houston and other counties in Texas income paid by Hillcorp Corporation.

Description #76
Royalty Interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc.

Description #77
Royalty Interest – Jeff Davis and Vermillion Parishes, Louisiana. Production income paid by Texas Petroleum.